IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| James W. White, ) | C/A No.: 1:12-2262-JMC-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Tim Riley, Gary Lane, Jerry Alexander, ) | |
| James Parish, Christine Thompson, and ) | |
| DL Ferguson, ) | |
| ) | |
| Defendants. ) | |
| ) | |

   Plaintiff, proceeding pro se and in forma pauperis, brought this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. Defendants filed a motion for summary judgment on February 11, 2013. [Entry #36]. As Plaintiff is proceeding *pro se*, the court entered an order on February 12, 2013, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of a motion for summary judgment and of the need for him to file an adequate response. [Entry #37]. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motion may be granted.

   Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to the motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to Defendants' motion for summary judgment by April 3, 2013. Plaintiff is further advised that if he fails to respond, this action will be

recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

March 20, 2013                                           Shiva V. Hodges  
Columbia, South Carolina                   United States Magistrate Judge